# Exhibit 1



# BRANDON M. SCOTT
**MAYOR**

*100 Holliday Street, Room 250*
*Baltimore, Maryland 21202*

Bureau of Alcohol, Tobacco, Firearms and Explosives ("ATF")
Information Privacy and Governance Division, Room 4E.301
99 New York Avenue NE
Washington, DC 20226
Phone: (202) 648-8740

RE:   Request for firearm trace data records

I am requesting records under the Freedom of Information Act, 5 U.S.C. § 552, *et seq.*, on behalf of the City of Baltimore ("Baltimore"). As Mayor of Baltimore, one of my top priorities has been to address the scourge of gun violence in this city. The records that I request are critical tools for the City of Baltimore to address gun violence.

I am requesting the following records:

> **Part 1:** Records sufficient to identify the federally licensed firearms dealers ("FFL") that are the top ten sources of firearms recovered in Baltimore from 2018 through 2022. In addition, with respect to each of these ten FFLs, I request records sufficient to show the following:
>
> a. The number of firearms recovered in Baltimore annually from 2018 through 2022.
>
> b. The number of firearms recovered in Baltimore annually broken down by time-to-crime, i.e., the number of firearms recovered in each of the following categories: in under 3 months; in 3 months to under 7 months; in 7 months to under 1 year; in 1 year to under 2 years; in 2 years to under 3 years; in 3 years and over; and average-time-to-crime.
>
> c. The number of firearms recovered in Baltimore in connection with each category of offense or other circumstance, e.g., Homicide, Homicide - Attempted, Carrying Concealed Weapon, Found Firearm.
>
> I will accept the records requested by Part 1 on either an aggregate or

*phone: 410.396.3835 | fax: 410.576.9425 | email: mayor@baltimorecity.gov*

individualized basis.

**Part 2:** I request records sufficient to show, with respect to firearms recovered in Baltimore on an annual basis from 2018 through 2022, in connection with the category of offense or other circumstance of Homicide, Homicide - Attempted, Aggravated Assault, Robbery, Suicide, and Suicide - Attempted,[1] the following information:

  a. The total number of firearms recovered in under 3 months; in 3 months to under 7 months; in 7 months to under 1 year; in 1 year to under 2 years; in 2 years to under 3 years; in 3 years and over.

  b. The total number of each firearm type by manufacturer, weapon type, and caliber.

  c. The total number of firearms from each source state.

I will accept records requested by Part 2 on either an aggregate or individualized basis.

**Part 3:** Underlying data related to ATF's recent report on trace data in Baltimore showing the "Top Source Cities" for crime guns recovered in Baltimore. *See* ATF, National Firearms Commerce and Trafficking Assessment (NFCTA): Crime Guns - Volume Two, Baltimore, MD Report, at 3 (2023), https://www.atf.gov/firearms/docs/report/baltimore-md-state-report-large-cities/download. Specifically, I am seeking any tables or spreadsheets used to compile the "Top Source Cities" table on page 3 of the report.

**Part 4:** Underlying data related to ATF's recent report on trace data in Baltimore showing the "Top Recovery Cities" for recovered crime guns sourced in Baltimore. *See* ATF, National Firearms Commerce and Trafficking Assessment (NFCTA): Crime Guns - Volume Two, Baltimore, MD Report, at 4 (2023), https://www.atf.gov/firearms/docs/report/baltimore-md-state-report-large-cities/download. Specifically, I am seeking any tables or spreadsheets used to compile the "Top Recovery Cities" table on page 4 of the report.

This request includes records containing information from the ATF's National Tracing Center's Firearms Tracing System. Baltimore is aware that ATF often

---

[1] ATF annually publishes spreadsheets showing, on a state-by-state basis, the category of offense or other circumstance that firearms were recovered in connection with. In 2021, ATF made a spreadsheet available for download titled "Categories Associated with Firearms Recovered and Traced in the United States and Territories." *See* ATF, Firearms Trace Data - 2021, https://www.atf.gov/resource-center/firearms-trace-data-2021.

withholds this type of information. However, Baltimore asserts that the records sought by this request must be produced because no withholding statute exempts the records from disclosure and because the data can be produced without creating a new agency record.

First, the records requested are not exempted from disclosure by statute because the appropriations rider that ATF relies on to withhold trace data, the Tiahrt Rider, *see* Consolidated and Further Continuing Appropriations Act, 2012, Pub. L. No. 112-55, 125 Stat. 552, 609–10 (2011), repealed earlier versions of the Tiahrt Rider and does not qualify as a withholding statute under the OPEN FOIA Act of 2009. *See Ctr. for Investigative Reporting v. U.S. Dept. of Justice*, 14 F.4th 916, 932–33 (9th Cir. 2021); *but see Everytown for Gun Safety Support Fund v. Bureau of Alcohol, Tobacco, Firearms & Explosives*, 984 F.3d 30 (2d Cir. 2020).

Second, the data requested can be extracted by querying the Firearms Tracing System to extract a subset of data from that database, which does not require creating a new agency record under FOIA. *Ctr. for Investigative Reporting*, 14 F.4th at 922.

This request qualifies for a fee waiver. This request can be categorized as "All Other Requestors." This request is not made to further a commercial interest. Baltimore seeks the requested records for the purpose of promoting public safety.

Please contact Aaron Esty of Everytown Law at (646) 324-8369 or aesty@everytown.org if you have any questions. Everytown Law is counsel for Baltimore in this matter. I appreciate your time and attention to this request.

Sincerely,

*Brandon M. Scott*

Brandon M. Scott, Mayor
Baltimore City