**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **MARYLAND AND CITY COUNCIL OF BALTIMORE,** | ) ) ) |
| **Plaintiff,** | ) ) |
| **v.** | ) ) **Case No. 1:23-cv-03762-RDM** |
| **BUREAU OF ALCOHOL, TOBACCO, FIREARMS AND EXPLOSIVES,** | ) ) ) |
| **Defendant.** | ) ) |

**CONSENT MOTION TO EXTEND NATIONAL SHOOTING SPORTS FOUNDATION'S**
**DEADLINE TO REPLY IN SUPPORT OF ITS MOTION TO INTERVENE**

National Shooting Sports Foundation, Inc. ("NSSF") respectfully requests a 7-day extension of the current deadline to reply in support of its motion to intervene. NSSF's reply deadline would be Wednesday, February 28, 2024. NSSF has conferred with counsel for the Mayor and City Council of Baltimore ("Baltimore") and the Bureau of Alcohol, Tobacco, Firearms and Explosives ("ATF"), and both have consented to NSSF's requested extension. In support of its motion, NSSF states as follows:

1.      Baltimore brought this action on December 18, 2023 against Defendant ATF following the ATF's denial of Baltimore's Freedom of Information Act ("FOIA") request.

2.      On January 23, 2024, NSSF moved to intervene.

3.      On January 24, 2024, this Court ordered Baltimore and the ATF to respond to NSSF's motion by February 7, 2024.

4.      On February 5, 2024, Baltimore and the ATF moved for a 7-day extension to respond to NSSF's motion to intervene.

5.      This Court granted Baltimore's and the ATF's motion.

6.      NSSF would benefit from a 7-day extension of the reply deadline, considering the immediate demands of NSSF's counsel's other cases, as well as the undersigned counsel's need to coordinate with NSSF to ensure that NSSF's reply meaningfully aids this Court's resolution of NSSF's motion to intervene.

7.      The requested extension will not delay the progress of this litigation or prejudice Baltimore or the ATF.

Respectfully submitted this 16th day of February, 2024.

**BRADLEY ARANT BOULT CUMMINGS LLP**

/s/ *James W. Porter, III*
John Parker Sweeney, Esq. (#914135)
James W. Porter, III, Esq. (#999070)
1615 L Street NW, Suite 1350
Washington, DC 20036
(202) 393-7150
jsweeney@bradley.com
jporter@bradley.com

ATTORNEYS FOR INTERVENOR NATIONAL SHOOTING SPORTS FOUNDATION, INC.

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **MARYLAND AND CITY COUNCIL OF BALTIMORE,** | ) ) ) |
| **Plaintiff,** | ) ) |
| **v.** | ) **Case No. 1:23-cv-03762-RDM** ) |
| **BUREAU OF ALCOHOL, TOBACCO, FIREARMS AND EXPLOSIVES,** | ) ) ) |
| **Defendant.** | ) |

**[PROPOSED] ORDER GRANTING NATIONAL SHOOTING SPORTS FOUNDATION'S MOTION FOR AN EXTENSION TO REPLY IN SUPPORT OF ITS MOTION TO INTERVENE**

Upon consideration of the motion to intervene filed by National Shooting Sports Foundation, Inc. ("NSSF"), any responses filed by the parties, and the record in this case, the Court:

**ORDERS** that NSSF's motion is **GRANTED**. NSSF shall reply in support of its motion to intervene on or before February 28, 2024.

Done this _____ day of _____, 2024

_____
United States District Judge

Attorneys to be notified of entry of proposed order pursuant to Local Civil Rule 7(k):

**Gary A. Orseck**
KRAMER LEVIN NAFTALIS & FRANKEL LLP
2000 K Street NW
4th Floor
Washington, DC 20006
202-775-4500
Email: gorseck@kramerlevin.com

**Aaron Esty**
EVERYTOWN LAW
450 Lexington Avenue
P.O. Box 4184
New York, NY 10017
646-324-8369
Fax: 917-410-6932
Email: aesty@everytown.org

**Mollie Krent**
EVERYTOWN LAW
450 Lexington Avenue
P.O. Box 4184
New York, NY 10017
646-324-2620
Fax: 917-410-6932
Email: mkrent@everytown.org

**Paul Brzyski**
KRAMER LEVIN NAFTALIS & FRANKEL LLP
2000 K Street NW
4th Floor
Washington, DC 20006
202-471-3046
Email: pbrzyski@kramerlevin.com

**Pardis Gheibi**
U.S. DEPARTMENT OF JUSTICE
Civil Division, Federal Programs Branch
1100 L Street NW
Room 12406
Washington, DC 20005

(202) 305-3246
Email: pardis.gheibi@usdoj.gov