## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

MAYOR AND CITY COUNCIL OF
BALTIMORE,

*Plaintiff*,

v.

BUREAU OF ALCOHOL, TOBACCO,
FIREARMS AND EXPLOSIVES,

*Defendant*.

Civil Action No. 23-3762 (RDM)

### ORDER

For the reasons explained in the Court's memorandum opinion, Dkt. 51, it is hereby

**ORDERED** that Defendant's Motion for Summary Judgment, Dkt. 33, is **GRANTED**, and

Plaintiff's Cross-Motion for Summary Judgment, Dkt. 35, is **DENIED**.

This Order constitutes a final judgment of the Court within the meaning of Rule 58(a) of

the Federal Rules of Civil Procedure.  The Clerk of Court is directed to terminate the case.

**SO ORDERED**.

/s/ Randolph D. Moss
RANDOLPH D. MOSS
United States District Judge

Date:  January 20, 2026